ORIGINAL

1  BASA_Melvin.mtn

2  LEONARDO M. RAPADAS
   United States Attorney
3  Districts of Guam and the NMI
   MARIVIC P. DAVID
4  Assistant U.S. Attorney
   Sirena Plaza, Suite 500
5  108 Hernan Cortez Avenue
   Hagåtña, Guam  96910
6  TEL:  (671) 472-7332
   FAX:  (671) 472-7215
7
   Attorneys for Plaintiff
8

FILED
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

9           IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,       )    CRIMINAL CASE NO. 99-00050
                                    )
13              Plaintiff,          )
                                    )
14         vs.                      )    **UNITED STATES' MOTION**
                                    )    **TO AMEND JUDGMENT**
15  MELVIN NAKATSUKASA BASA,        )
                                    )
16              Defendant.          )
    _____)

17

18

19         COMES NOW the United States of America, by and through its undersigned counsel,

20  and respectfully motions this Honorable Court for an Amended Judgment of Defendant

21  MELVIN NAKATSUKASA BASA to include the restitution liability be paid jointly and

22  severally with defendant Francisco Nakatsuka Basa in Criminal Court No. 99-00050 as stated in

23  defendant Francisco Nakatsuka Basa's judgment.

24  //

25  //

26  //

27  //

28  //

1  Defendant MELVIN NAKATSUKASA BASA's amended judgment should reflect the
2  restitution liability to be paid jointly and severally with his co-conspirators, (1) Jeffrey Sablan
3  Basa in Criminal Court No. 99-00046; (2) Jeronimo Sablan Ada in Criminal Court No.
4  99-00051; and (3) Francisco Nakatsukasa Basa in Criminal Court No. 00-00001.

5  RESPECTFULLY SUBMITTED this 6th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

O R D E R

APPROVED and SO ORDERED this 8TH day of February, 2006.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands

RECEIVED
FEB - 8 2006
Clerk
District Court
For The Northern Mariana Islands

- 2 -