PROB 12B
(7/93)

# United States District Court

F I L E D
Clerk
District Court

ΔPR 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

for

### the Northern Mariana Islands

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
### (Probation Form 49, Waiver of Hearings is Attached)

Name of Offender:     Melvin Nakatsukasa Basa          Case Number:  99-00050-001

Name of Sentencing Judicial Officer:     Alex R. Munson

Date of Original Sentence:     February 25, 2000

Original Offense:     Taking a Motor Vehicle Transported in Foreign Commerce, 18 U.S.C. § 2119
Affecting Commerce by Robbery, 18 U.S.C. § 1951

Original Sentence:     102 months in prison followed by a term of supervised release of five years with conditions to include: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as determined by the Court; and not possess a firearm or other dangerous weapon; comply with the standard conditions of supervised release as set forth by the U.S. Commission; participate in a program approved by the U.S. Probation Office for substance abuse for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; refrain from the use of alcohol; seek and maintain gainful employment, provided that he refrain from any employment dealing with or involving minors; perform 300 hours of community service under the direction of the U.S. Probation Office; pay a $100 special assessment fee, and pay restitution jointly and severally with Jeffrey Sablan Basa and Jeronimo S. Ada, in the amount of $7,439.

Type of Supervision:     Supervised Release          Date Supervision Commenced:     February 16, 2007

Assistant U.S. Attorney:  David Wood          Defense Attorney: Michael W. Dotts

## PETITIONING THE COURT

☐     To extend the term of supervision for          years, for a total term of          years.

☒     To modify the conditions of supervision as follows:

1.     That the defendant shall perform an additional 50 hours of community service at the direction of the U.S. Probation Office

2.     That the defendant shall submit to mental health assessment and treatment as deemed necessary by the U.S. Probation Office

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
Page2

CAUSE

On March 18, 2008, Melvin Basa reported to the U.S. Probation Office and submitted to a drug test which tested presumptive positive for methamphetamine. Mr. Basa denied any use of the drug, and the specimen was packaged and sent to Kroll Laboratory Specialists for confirmation. On March 21, 2008, Mr. Basa submitted to another drug test which tested negative for any drug use, however, in a meeting with this officer, he admitted to using the drug "ice" on March 17, 2008 and signed an Admission of Drug Use form. Mr. Basa expressed depression and a lack of options to improve his livelihood, and even expressed thoughts of suicide to this officer as reasons for using "ice". On March 20, 2008, a request for mental health assessment was initiated to assist Mr. Basa cope with his difficulties.

On March 25, 2008, Mr. Basa reported to the probation office and was subjected to another drug test which tested presumptive positive for "ice". He signed another Admission of Drug Use form admitting to using the drug on March 22, 2008. On April 3, 2008, in a follow up meeting with the probation officer, Mr. Basa submitted to another drug test, which tested presumptive positive for "ice". He admitted to using the drug and stated that he is consumed with his addiction. He said he is getting assistance from Marianas Psychiatric Services and thought that a promissory note with the probation office will provide additional incentive for his compliance. A promissory note was written which states that he promises not to use any illegal drugs including methamphetamine.

Mr. Basa was warned about his violations and advised of sanctions for his illegal drug use, which may include imprisonment. He was returned to day I phase I of the Substance Abuse Treatment Program and pursuant to the emergency counseling by Marianas Psychiatric Services, he was placed on a regimen of anti-depressants. Mr. Basa consented to a sanction for his illegal drug use, and signed the attached Waiver of Hearing and Consent to Modify Conditions of Probation/Supervised Release or Extend Term of Probation.

Reviewed by:                                                    Respectfully submitted,

CARMEN O'MALLAN                                     by:  MARGARITA WONENBERG

U.S. Probation Officer Specialist                        U.S. Probation Officer
Supervision Unit Leader

Date:    April 11, 2008                                        Date:    April 11, 2008

THE COURT ORDERS

☐   No Action

☐   The Extension of Supervision as Noted Above.

☒   The Modification of Conditions as Noted Above.

☐   Other

_____
Signature of Judicial Officer

4-18-08
_____
Date

PROB 49
(3/89)

# United States District Court

for

## District of Northern Mariana Islands

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> That the defendant shall perform an additional 50 hours of community service at the direction of the U.S. Probation Office

> That the defendant shall submit to mental health assessment and treatment as deemed necessary by the U.S. Probation office

Witness:  Margarita DLG. Wonenberg
          U.S. Probation Officer

Signed:  Melvin N. Basa
         Probationer or Supervised Releasee

4/14/08
Date