ORIGINAL

✎AO83   (Rev. 12/85) Summons in a Criminal Case

# United States District Court
### District of the Northern Mariana Islands

| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
|---|---|
| V. | |
| MELVIN NAKATSUKASA BASA | CASE NUMBER: 99-00050-001 |
| Saipan, MP 96950 | |
| (Name and Address of Defendant) | |

**F I L E D**
Clerk
District Court

MAY 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>Friday, May 30, 2008 at<br>8:00 a.m. |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☑ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___3583(e) & (g)___

Brief description of offense:

| Violation No.: | Nature of Noncompliance: |
|---|---|
| Mandatory Condition | Failure to refrain from any unlawful use of a controlled substance. |

_/s/ Alex R. Munson/_                                      05/29/2008
Signature of Issuing Officer                                Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

AO83       (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 05-29-08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: __US Probation Office D/NM)__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: ____

☐ Returned unexecuted: ____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on __05-29-2008__          __CDUSM J. Salas (Acting)__
              Date                    Name of United States Marshal

                                      __CIDUSM W. Calvert__
                                      (by) Deputy United States Marshal

Remarks: Defendant Recieved copy of Summons & Petition. He acknowledged reciept then stated he would Appear on time.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.