UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 99-00050-001                                             MaY 30, 2008
                                                             8:10 a.m.

**UNITED STATES OF AMERICA -v- MELVIN N. BASA**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           BEVERLY MC CALLUM, Assistant U. S. Attorney
           DANILO AGUILAR, Court Appointed Counsel for Defendant
           MELVIN BASA, Defendant

PROCEEDING:   REVOCATION HEARING

Defendant was present with his counsel, Attorney Danilo Aguilar. Government by Beverly McCallum, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

Defendant *admitted* to the violation.

Government made their statements and a recommendation of revocation to the Court. Defense counsel recommended continued supervision and no incarceration and offered Ex. A into evidence. Court accepted Exhibit A.

Court, after hearing all argument and testimony, ordered that the defendant's supervised release be revoked and that he be sentenced to a term of **7 Months** imprisonment. While incarcerated the defendant shall participate in a substance abuse program approved by the Bureau of Prisons. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **53 months** with the following conditions:

1)   That the defendant shall not commit another federal, state, or local crime;

2)   That the defendant not unlawfully possess a controlled substance;

3)  That the defendant shall not possess a firearm or other dangerous weapon;

4)  That the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act ;

5)  That the defendant shall cooperate in the collection of a DNA sample at the direction of the U.S. Probation Office;

6)  That the defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on supervised release and at least 2 periodic drug testes thereafter not to exceed eights drug tests per month;

7)  That the defendant shall participate in a substance abuse program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall also make a co-payment for treatment at a rate to be determined by the U.S. Probation Office;

8)  That the defendant shall refrain from any use of alcohol and shall submit to breathalyzer as directed by the U.S. Probation Office;

9)  That the defendant shall submit to mental health treatment under the supervision of the U.S. Probation Office;

10) That the defendant shall obtain and maintain gainful employment;

11) That the defendant shall perform 300 hours of community service under the direction of the U.S. Probation Office;

12) That the defendant shall be jointly and severally liable with Jeffrey Sablan, Criminal Case 99-00045 and Jeronimo Ada, Criminal Case 99-00051 and Francisco Nakatsukasa Basa in Criminal Case 00-00001 to pay restitution to the following victims:

Wu, Guo Qing                                                  $4,088
c/o American Kai Hu Corp
PR 688 Box 10004
Saipan, MP  96950

Fleming Harumi and Jia Jia Ueda                  $1,483
P.O. Box 500798
Saipan, MP 96950

Restitution payments shall be mailed to the U.S. District Court of the Northern Mariana Islands, Attention: Clerk of Court, P.O. Box 500687, Saipan, MP 96950

The defendant was remanded into the custody of the Marshal.

                                                                Adjourned at 8:30 a.m.

                                                                /s/
                                                                K. Lynn Lemieux, Courtroom Deputy