**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL APPEAL NO. 08-10273 |
| | ) D.C. No. 99-00050-001 — ARM |
| Plaintiff, | ) |
| | ) Garapan, Saipan |
| vs. | ) May 30, 2008 |
| | ) |
| MELVIN NAKATSUKASA BASA, | ) HEARING ON REVOCATION OF |
| | ) SUPERVISED RELEASE/SENTENCE |
| Defendant. | ) |

**FILED**
Clerk
District Court

JUL - 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE HONORABLE ALEX R. MUNSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:    Beverly R. McCallum
                  Assistant United States Attorney
                  MARIANAS DISTRICT
                  Horiguchi Building, Third Floor
                  P. O. Box 500377
                  Saipan, MP  96950-0377
                  Telephone: (670) 236-2980
                  Facsimile: (670) 236-2985

For Defendant:    Danilo T. Aguilar
                  Attorney at Law
                  P. O. Box 505301
                  Saipan, MP  96950
                  Telephone: (670) 234-8801
                  Facsimile: (670) 234-1251

Also Present:     Defendant Melvin N. Basa

*Sanae N. Shmull*
Official Court Reporter
P.O. BOX 5128
SAIPAN, MP  96950